IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHAWN WALLACE, | : |
|     Plaintiff | : |
|       v. | : Case No. 1:25-cv-149-KAP |
| R. IRWIN, *et al.*, | : |
|     Defendants | : |

### Memorandum Order

Plaintiff's response to defendants' motions to dismiss, ECF no. 7 and ECF no. 9, is due August 7, 2025.

So that I know whether I will be writing an opinion or a recommendation all parties need to return the consent form (enclosed for *pro se* litigants and on the court's website (see below) for counsel) to the Clerk, not to me.

https://www.pawd.uscourts.gov/sites/pawd/files/forms/Consent_to_Proceed.pdf

DATE: July 7, 2025

Keith A. Pesto,
United States Magistrate Judge

Notice by ECF to counsel of record and by U.S. Mail to non-ECF users:

Shawn Wallace NW-6861
S.C.I. Houtzdale
P.O. Box 1000
209 Institution Drive
Houtzdale, PA 16698-1000