IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHAWN WALLACE, | : |
|     Plaintiff | : |
|     v. | : Case No. 1:25-cv-149-KAP |
| R. IRWIN, *et al.*, | : |
|     Defendants | : |

<u>Memorandum Order</u>

    Plaintiff responded to defendants' motions to dismiss at ECF no. 7 and ECF no. 9 by filing an amended complaint of right pursuant to Fed.R.Civ.P. 15(a)(1) at ECF no. 14, that deletes the Commonwealth as a defendant. That moots the Commonwealth's motion. The other defendants' motions to dismiss remain as applicable to the amended complaint as they do to the original complaint, so rather than waste paper and time by requiring the filing of essentially the same motions to dismiss plaintiff shall respond to the motions to dismiss, which are deemed to be motions to dismiss the amended complaint, on or before August 18, 2025.

DATE: July 18, 2025

                                              Keith A. Pesto,
                                              United States Magistrate Judge

Notice by ECF to counsel of record and by U.S. Mail to non-ECF users:

Shawn Wallace NW-6861
S.C.I. Houtzdale
P.O. Box 1000
209 Institution Drive
Houtzdale, PA 16698-1000