IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

SHAWN WALLACE, :
    Plaintiff :
  v. : Case No. 1:25-cv-149-KAP
R. IRWIN, *et al.*, :
    Defendants :

### Memorandum Order

Plaintiff's Motion to Voluntary Dismissal of Complaint, ECF no. 24, can be taken to be a motion for dismissal of the Amended Complaint, ECF no. 14, without prejudice. Because the defendants were served and filed motions to dismiss, the motion is granted, but dismissal is with prejudice. *See* Fed.R.Civ.P. 41(a)(2).

The Clerk shall mark this matter closed.

DATE: October 10, 2025

Keith A. Pesto,
United States Magistrate Judge

Notice by ECF to counsel of record and by U.S. Mail to non-ECF users:

Shawn Wallace NW-6861
S.C.I. Houtzdale
P.O. Box 1000
209 Institution Drive
Houtzdale, PA 16698-1000

1